WILDE & ASSOCIATES  
Gregory L. Wilde, Esq.  
Nevada Bar No. 004417  
208 South Jones Boulevard  
Las Vegas, Nevada 89107  
Telephone: 702 258-8200  
bk@wildelaw.com  
Fax: 702 258-8787  

Electronically Filed on 3/23/2010

Attorneys for BAC Home Loans Servicing, L.P.  
fka Countrywide Home Loans Servicing L.P.

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In Re:

UBALDA BANDA and JUAN CARLOS REYNOSO,

Debtors.

BK-S-09-25947 BAM

Date: MARCH 25, 2010  
Time: 8:30 A.M.

Chapter 13

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing L.P. (Hereinafter "Secured Creditor") and files this Objection to Confirmation of Chapter 13 Plan stating as follows:

Secured Creditor is the first deed of trust holder on 652 POANA AVENUE, North Las Vegas, Nevada, (hereinafter "subject property"), and is owed over $227,000.00. The Debtors filed a motion to value and reduce Secured Creditor's lien to $130,482, which motion went unopposed and was ultimately granted. Secured Creditor is looking into whether or not it was properly noticed of the Motion to Value and may petition the Court for relief at a later date.

Secured Creditor asserts that this Court should not confirm the proposed plan because: 1) there is a complete lack of disclosure by these Debtors as detailed below, and 2) it is not feasible.

A. **Lack of Disclosure**

The Debtors claim that the subject property is a rental property yet their schedule "G" does not show any leases for real estate. See exhibit "A".

The Debtors do not list the ownership of any other property and claimed to have moved out of the subject property in July 2009, the month before filing this chapter 13 proceeding. Secured Creditor would like to subpoena utility documents and leases to determine if the Debtor is being candid with the Court. Furthermore, Congress did not intend for people to move out of their residence the month before filing bankruptcy in order to avoid the prohibition of modifying the debt on one's residence.

The owner of the property the Debtors claim to be renting as their "residence" is owned by Paul Albert McCann. It also happens to be the only property this person owns in Clark County, Nevada. Secured Creditor wants to investigate this situation as well to see if in fact Mr. Albert lives in the premises and Debtors are merely using his address. See exhibit "B1" and "B2".

Secured Creditor would like an opportunity to see a copy of any leases the Debtor has concerning the subject property and speak with the alleged tenant.

### B. Lack of Feasibility

The Debtors do not have sufficient income to meet their plan requirements as can be seen in a simple review of their Amended Schedule "I" and looking at the proposed plan. Proposing to make payments of $1,645.46 per month for 52 months and a one time payment of $18,446.17 on September 27, 2009 but does not list a source for that payment. See Amended schedule "I" attached hereto as exhibit "C".

The proposed payments total $109,045.96 which amount does not cover the payment of the reduced value of the property, making the plan infeasible.

The Debtors should also explain the difference between their newly amended schedule "J" and the original schedule "J" they filed back in August 2009. See exhibits "D" and "E" respectively.

The differences are:

a. The change in their rent from $1,350 to $600,

b.  The deletion of all utilities to only a telephone and cable bill,

c.  The deletion of $650 in home maintenance, and

d.  The reduction of food from $400 to $50 per month.

Further, the Debtor Does not budget for taxes and upkeep of the alleged rental property in their amended schedule "J" making the plan even more infeasible.

11 U.S.C. 1326(a)(6) requires that a debtor will be able to make all payments under the plan. These Debtors have not proffered a plan that covers all necessary claims. If they attempt to do so, they do not have sufficient income to pay the same because of having already dedicated 100% of their disposable income.

Furthermore, a debtor is required to pay the entire amount of the reduced value of any real property through the plan. These Debtors have not attempted to do so in their current plan. Paying the $130,482.00 would require plan payments of over $2,500.00 per month for this creditor alone. Debtors do not have the income to do so.

Until these Debtors can come before this Court with more information or income to properly

///

///

///

1 | fund a plan, the Court should not confirm this plan. It does not have a reasonable likelihood of success.

2 | WHEREFORE, Secured Creditor asks that this Court deny confirmaiton and dismiss this case.

3 | DATED this 23rd day of March, 2010.

WILDE & ASSOCIATES

By_____

**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor

Certificate of Facsimile

I certify that on March 23, 2010, I served a copy of the foregoing opposition on Debtors' Counsel by facsimile as follows:

David Crosby, Esq.
Crosby & Associates
Fax No. (702) 382-1921

2/01/10 10:35PM

B6G (Official Form 6G) (12/07)

In re  **Ubalda Banda,**
       **Juan Carlos Reynoso**
       Debtors

Case No. __09-25947__

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Verizon Wireless<br>15900 SE Eastgate Way<br>Bellevue, WA 98008 | Cell Phone Contract |
| Verizon Wireless<br>15900 SE Eastgate Way<br>Bellevue, WA 98008 | Cell Phone Contract |

0
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

UB.  RJ

Best Case Bankruptcy

EX "A"



# M.W. Schofield, Assessor

## PARCEL OWNERSHIP HISTORY

| ASSESSOR DESCRIPTION |
|---|
| GREEN VALLEY EAST UNIT #1 PLAT BOOK 21 PAGE 97 LOT 7 BLOCK 2 SEC 05 TWP 22 RNG 62 |

| CURRENT PARCEL NO. | CURRENT OWNER | RECORDED DOCUMENT NO. | RECORDED DATE | VESTING | TAX DISTRICT | ESTIMATED SIZE |
|---|---|---|---|---|---|---|
| 178-05-610-056 | MCCANN PAUL ALBERT | 20071029:04451 | 10/29/2007 | NO STATUS | 516 | .20 AC |

| PARCEL NO. | PRIOR OWNER(S) | RECORDED DOCUMENT NO. | RECORDED DATE | VESTING | TAX DISTRICT | ESTIMATED SIZE |
|---|---|---|---|---|---|---|
| 178-05-610-056 | AKSAMIT JOSEPH & PATRICIA FAM TR | 20060516:04329 | 05/16/2006 | NO STATUS | 507 | SUBDIVIDED LOT |
| 178-05-610-056 | AKSAMIT JOSEPH JR & PATRICIA F | 20010601:02934 | 06/01/2001 | COMMUNITY PROPERTY WITH RIGHTS OF SURVIVORSHIP | 507 | SUBDIVIDED LOT |
| 178-05-610-056 | FELICIANO PETER J | 20010601:02932 | 06/01/2001 | NO STATUS | 507 | SUBDIVIDED LOT |
| 178-05-610-056 | FELICIANO PETER J & AUGUSTA T | 1514:1473553 | 01/26/1982 | JOINT TENANCY | 507 | SUBDIVIDED LOT |
| 180-621-059 | LEVY DAVID Z & SYLVIA | 1248:1207940 | 07/03/1980 | JOINT TENANCY | 507 | SUBDIVIDED LOT |
| 180-621-059 | KITTS KENNARD K & MARY B | 1010:0969034 | 02/15/1979 | JOINT TENANCY | 507 | SUBDIVIDED LOT |
| 180-621-059 | METROPOLITAN-NV CORP | 0912:0871942 | 07/10/1978 | | 507 | SUBDIVIDED LOT |
| 180-621-059 | ANC INC | 0886:0845318 | 05/11/1978 | | 507 | SUBDIVIDED LOT |
| 180-620-014 | ANC INC | 0487:0446787 | 01/14/1975 | | 507 | 30.41 AC |
| 180-620-014 | ANC INC | 0487:0446787 | 01/14/1975 | | 507 | 30.41 AC |
| 180-620-001 | AMERICAN-NEVADA PROPERTIES INC | 0288:0247090 | 12/20/1972 | NO STATUS | 507 | 1.33 AC |
| 180-620-001 | AMERICAN-NEVADA PROPERTIES INC | 0288:0247090 | 12/20/1972 | NO STATUS | 507 | 1.33 AC |
| 180-620-001 | AMERICAN NEVADA PROPERTIES INC | 0288:0247090 | 12/20/1972 | | 507 | 109.26 AC |
| 180-620-001 | AMERICAN NEVADA PROPERTIES INC | 0288:0247090 | 12/20/1972 | | 507 | 113.40 AC |
| 180-620-001 | GREENSPUN H M | | 11/11/1111 | | 507 | 113.40 AC |

Note: Only documents from September 15, 1999 through present are available for viewing.

NOTE: THIS RECORD IS FOR ASSESSMENT USE ONLY. NO LIABILITY IS ASSUMED AS TO THE ACCURACY OF THE DATA DELINEATED HEREON.

EX "B"

http://sandgate.co.clark.nv.us/AssrRealProp/ParcelHistory.aspx?instance=pcl2&parcel=17...    3/23/2010



# M.W. Schofield, Assessor

## PARCEL NUMBER INQUIRY - SEARCH BY OWNER'S NAME

| OWNER NAME | OWNER NAME 2 | TAX DISTRICT | PARCEL NUMBER |
|---|---|---|---|
| MCCANN JAMES G & JANICE | | DST-250 | #139-09-811-024 |
| MCCANN JAMES N & SHERRY L | RICHARDS COREY D | DST-254 | #124-34-326-014 |
| MCCANN JEFFREY & KATHLEEN | | DST-470 | #161-29-410-038 |
| MCCANN JEFFRY L | | DST-200 | #125-27-712-002 |
| MCCANN JEWEL | | DST-340 | #140-34-412-008 |
| MCCANN JOHN P | | DST-254 | #123-30-610-048 |
| MCCANN JUSTUS & REBECCA | | DST-200 | #125-19-610-051 |
| MCCANN KAY L | | DST-200 | #163-08-719-037 |
| MCCANN KEITH | | DST-505 | #178-18-514-120 |
| MCCANN KELLY E & CAROL A | | DST-521 | #179-08-715-044 |
| MCCANN LEANN | | DST-470 | #161-18-814-017 |
| MCCANN LEE L | | DST-635 | #176-36-713-012 |
| MCCANN LLOYD M & CAROL A | | DST-505 | #178-29-612-023 |
| MCCANN LYNN ANN | | DST-200 | #138-21-712-077 |
| MCCANN MARGIE D | | DST-340 | #161-07-610-021 |
| MCCANN MARY ELIZABETH GINGER | | DST-200 | #125-20-115-117 |
| MCCANN MELVIN E & SUSAN A | GONZALES RICHARD M & DENISE M | DST-200 | #125-25-412-020 |
| MCCANN MICHAEL & LINDA | | DST-505 | #178-17-719-041 |
| MCCANN OLGA & JEROME J | | DST-470 | #161-20-511-035 |
| MCCANN PAMELA K | | DST-200 | #140-30-410-074 |
| MCCANN PATRICIA M TRUST | MCCANN PATRICIA M TRS | DST-570 | #161-22-312-004 |
| MCCANN PATRICIA M TRUST | MCCANN PATRICIA M TRS | DST-417 | #163-13-211-039 |
| MCCANN PAUL ALBERT | | DST-516 | #178-05-610-056 |
| MCCANN PETER & ALICE | | DST-417 | #163-14-114-041 |
| MCCANN PETER H & MARY | | DST-516 | #178-06-812-015 |

1 2 3 4 5 ...



http://redrock.co.clark.nv.us/assrrealprop/ownerList.aspx?inst=pcl2



Ex "B2"
3/23/2010

B6I (Official Form 6I) (12/07)

In re: Ubalda Banda / Juan Carlos Reynoso, Debtor(s)

Case No. 09-25947

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): Daughter | AGE(S): 16 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | Laborer |
| Name of Employer | Unemployed | Refining Systems |
| How long employed | 6 months | 7 years |
| Address of Employer | | 1985 Whitney Mesa, Henderson, NV 89014 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 2,600.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 192.29 |
| 3. SUBTOTAL | $ 0.00 | $ 2,792.29 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 758.33 |
|    b. Insurance | $ 0.00 | $ 162.50 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 920.83 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 1,871.46 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 1,200.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): Unemployment Compensation | $ 1,841.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 3,041.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,041.00 | $ 1,871.46 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,912.46 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

UB. RJ
EX "C"

B6J (Official Form 6J) (12/07)

In re  **Ubalda Banda**
       **Juan Carlos Reynoso**
                    Debtor(s)                                          Case No.  09-25947

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 600.00 |
| a. Are real estate taxes included?  Yes ___  No  X  | |
| b. Is property insurance included?  Yes ___  No  X  | |
| 2. Utilities: a. Electricity and heating fuel | $ 0.00 |
| b. Water and sewer | $ 0.00 |
| c. Telephone | $ 104.00 |
| d. Other  Cable | $ 65.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 400.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 185.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 155.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 290.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 651.00 |
| b. Other  2009 Altima Payment | $ 467.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 150.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other _____ | $ 0.00 |
| Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,267.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I ........ $ 4,912.46
b. Average monthly expenses from Line 18 above ............. $ 3,267.00
c. Monthly net income (a. minus b.) ........................ $ 1,645.46

UB. RJ



Ex "D"

B6J (Official Form 6J) (12/07)

In re   **Ubalda Banda**
      **Juan Carlos Reynoso**                                              Case No. _____
                                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,350.00 |
|    a. Are real estate taxes included?    Yes ___    No **X** | | |
|    b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 185.00 |
|            b. Water and sewer | | $ 65.00 |
|            c. Telephone | | $ 85.00 |
|            d. Other  **Gas** | | $ 45.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 650.00 |
| 4. Food | | $ 50.00 |
| 5. Clothing | | $ 20.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 25.00 |
| 8. Transportation (not including car payments) | | $ 185.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | | $ 0.00 |
|            b. Life | | $ 0.00 |
|            c. Health | | $ 0.00 |
|            d. Auto | | $ 155.00 |
|            e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|            (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | | $ 845.00 |
|            b. Other _____ | | $ 0.00 |
|            c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
|      Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 3,660.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
a.  Average monthly income from Line 15 of Schedule I      $ 4,495.50
b.  Average monthly expenses from Line 18 above         $ 3,660.00
c.  Monthly net income (a. minus b.)                      $ 835.50

Ex "E"